# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIRNELL WILLIAMS, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 18-cv-1207-NJR |
| KAREN JAIMET, et. al., ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**ROSENSTENGEL, District Judge:**

The Court severed Plaintiff's claims against the defendants into this case on June 6, 2018. (Doc. 1). Plaintiff was granted leave to file an Amended Complaint on July 11, 2018. (Doc. 11). The Amended Complaint was filed on July 12, 2018. (Doc. 12). The Court screened the Complaint and dismissed it without prejudice on July 17, 2018. (Doc. 13). Plaintiff was given until August 17, 2018, to file a second amended complaint. (Doc. 13). On August 8, 2018, Plaintiff filed a motion seeking to voluntarily dismiss this action. (Doc. 14).

A plaintiff may dismiss an action without a court order at any time prior to defendant's service of an answer or a motion for summary judgment. FED. R. CIV. P. 41(a). Because Defendants have not been served in this action, the effect of Plaintiff's Motion to Dismiss is to end this action. The Court can also find no indication that Plaintiff has previously voluntarily dismissed another action including the same claim, so the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

Plaintiff's Motion to Dismiss Case without prejudice (Doc. 14) is **GRANTED**. The case is **DISMISSED without prejudice**. The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

IT IS SO ORDERED.

DATED:  August 10, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**